IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GRAND TIME CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. |
| v. | § | |
| | § | 3:08-CV-1770-K |
| WATCH FACTORY, INC., et al. | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Plaintiff Grand Time Corporation's ("Grand Time") Motion to Unseal (Doc. No. 195) and Defendants' Motion for Leave to file Sur-reply (Doc. No. 199). Grand Time's Motion to Unseal is **GRANTED in part and DENIED in part.** Defendants' Motion for Leave to file Sur-reply is **DENIED**.

Grand Time's request to unseal this Court's Memorandum Opinion and Order of August 30, 2010, Doc. No. 187 ("the Order") is **DENIED**. Grand Time's request to file the Order confidentially with the United States Patent and Trademark Office ("the Office") is **GRANTED**. Grand Time is permitted to file a copy of the Order with the Office, specifically referenced and uploaded to the Office as a confidential document.

**SO ORDERED**.

Signed November 12th, 2010.

_Ed Kinkeade_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE